# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MUKESH KUMAR SONDHI,

　　　　　　Petitioner,

　v.

WILLIAM P BARR, et al.,

　　　　　　Respondents.

CASE NO. C19-1791-RSM-BAT

**ORDER OF DISMISSAL**

　　　Petitioner initiated this 28 U.S.C. § 2241 immigration habeas action through counsel, and on November 4, 2019, the Court entered a stay of removal. Dkts. 1-3. On December 4, 2019, the Government moved to dismiss and vacate the stay of removal. Dkt. 5. On December 7, 2019, the parties filed a stipulated motion to dismiss with each party to bear its own fees and costs. Dkt. 7. Having considered the parties' submissions and the balance of the record, the Court GRANTS the stipulated motion to dismiss, Dkt. 7; DENIES as moot the Government's motion to dismiss, Dkt. 5; VACATES the stay of removal, Dkt. 3; and DISMISSES this action without prejudice and without an award of fees or costs to either party.

ORDER OF DISMISSAL - 1

DATED this 10 day of December 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Recommended for Entry
this 10th of December, 2019.

/s/ Brian A. Tsuchida
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER OF DISMISSAL - 2